■ Moran & Son, Inc., Respondent, v. Foster-Lipkins Corporation, Inc., et al., Appellants. (Appeal No. 2.) — Judgment unanimously reversed on the law and facts with costs and complaint dismissed. Same Memorandum as in *Philan Dept. of the Borden Co.* v. *Foster-Lipkins Corp.,* 39 A D 2d 633. (Appeal from judgment of Monroe Trial Term in action to foreclose mechanic's lien.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Cardamone, JJ.